**Judgment in a Civil Case**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLEET CAPITAL CORPORATION, )<br>n/k/a BANC OF AMERICA LEASING )<br>& CAPITAL, LLC, )<br>     )<br>           **Plaintiff,** )<br>     )<br>    vs.      )     CASE NO. 07-884-MJR-PMF<br>     )<br>BILL SIMON EQUIPMENT, INC., )<br>MCTALYD, LLC, and )<br>BILL SIMON, Individually, )<br>     )<br>           **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having granted the Motion for Entry of Judgment pursuant to the parties' Settlement Agreement,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered against MCTALYD, LLC and BILL SIMON, individually, jointly and severally, and in favor of FLEET CAPITAL CORPORATION n/k/a BANC OF AMERICA LEASING & CAPITAL, LLC, in the amount of $487,964.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant BILL SIMON EQUIPMENT, INC. is DISMISSED without prejudice, without costs.

DATED:   December 30, 2009.        NANCY J. ROSENSTENGEL, CLERK

                            By: s/Karen R. Metheney
                                Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**